UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30037-01 |
| VERSUS | JUDGE JAMES |
| JAMES ROBERT GUILLOT | MAGISTRATE JUDGE HAYES |

## MINUTES OF GUILTY PLEA

Tuesday, April 11, 2006   Court opened: 10:00 a.m.   Court adjourned: 10:25 a.m.
Time in Court: 25 minutes

PRESENT:   KAREN L. HAYES        Magistrate Judge
           FTR                   Court Reporter
           Amy Crawford          Courtroom Deputy
           Jay Garner            Probation Officer
           Robert Gillespie      Representing Government
           Robert S. Noel        Representing Defendant

**CASE CALLED FOR**: Change of Plea

**PROCEEDINGS:**
   Plea of Guilty to count 1
   Defendant under oath
   Defendant advised of Rule 11 rights
   Testimony from witness listed on attached witness list.
   Plea of guilty accepted and recommendation of judgment issued.
   Pre-sentence investigation report ordered.

**EXHIBITS:**
   **Rule 11 Plea Package**
      Plea Agreement
      Affidavit of Understanding of Maximum Penalty and Constitutional Rights
      Elements of Offense

**COMMENTS:**
   Sentencing set for July 5, 2006 at 1:30 p.m. before Judge James.